**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WILLIAMS HOLDING CORPORATION,

    Plaintiff,

v.                                                                                    Case No: 8:15-cv-180-T-30TGW

VI-TEL WIRELESS, LLC, JAMES
PEARSON, LARRY A. ROGERS and
L. SCOTT ROGERS,

    Defendants.

_____

**<u>ORDER</u>**

THIS CAUSE comes before the Court upon Defendant L. Scott Roger's Motion to

Dismiss Count VII of Plaintiff's Complaint (Dkt. #5).   Upon review of Defendant's

motion, the Court concludes that it should be granted for the reasons stated therein.

Specifically, as Defendant points out, Count VII is a purported cause of action for recovery

of attorney's fees with no substantive allegations supporting a breach of the underlying

agreements.   Such a claim is inappropriate because the law does not recognize an

independent claim for attorney's fees.   As such, Count VII is dismissed and construed as

a request for attorney's fees under the underlying causes of action.   Accordingly, it is

ORDERED AND ADJUDGED that:

1.      Defendant L. Scott Roger's Motion to Dismiss Count VII of Plaintiff's

Complaint (Dkt. #5) is GRANTED.

2.      Count VII of Plaintiff's Complaint is dismissed and construed as a request

for attorney's fees under the relevant causes of action.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of March, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-180 mtd 5.docx