UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAMS HOLDING CORPORATION,

    Plaintiff,

v.                                          CASE NO. 8:15-CV-00180-JSM-TGW

VI-TEL WIRELESS, LLC,
JAMES PEARSON, LARRY A. ROGERS,
and L. SCOTT ROGERS,

    Defendants.

_____/

### DEFENDANT, L. SCOTT ROGERS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

L. SCOTT ROGERS ("Defendant"), by and through the undersigned counsel, hereby files his Answer to Complaint and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

#### I. PARTIES

1. Without knowledge; therefore denied.

2. Without knowledge; therefore denied.

3. Without knowledge; therefore denied.

4. Without knowledge; therefore denied.

5. Admitted for jurisdictional purposes; otherwise denied.

#### II. JURISDICTION AND VENUE

6. Admitted for jurisdictional purposes; otherwise denied.

7. Admitted for jurisdictional purposes; otherwise denied.

#### III. ALLEGATIONS

8. The content of the subject Note is undisputed; otherwise denied.

54698.22002.31

9. The content of the subject Note is undisputed; otherwise denied.

10. Admitted that Defendant executed a Guaranty for the subject Note. The Guaranty speaks for itself; otherwise denied.

11. Admitted that Defendant executed a Security Agreement for the subject Note. The Security Agreement speaks for itself; otherwise denied.

12. Admitted that Defendant executed a Modification. The Modification speaks for itself; otherwise denied.

13. The Modification speaks for itself; otherwise denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

## COUNT I – BREACH OF CONTRACT -- NOTE

18.-26. The allegations are not directed at Defendant, therefore, no response is required.

## COUNT II – BREACH OF CONTRACT -- GUARANTY

27.-36 The allegations are not directed at Defendant, therefore, no response is required.

## COUNT III – BREACH OF CONTRACT – GUARANTY

37. -46 The allegations are not directed at Defendant, therefore, no response is required.

## COUNT IV – BREACH OF CONTRACT – GUARANTY

47. Defendant realleges his answers to paragraphs 1-46 hereinabove.

48. Denied. Document 1-5, which Plaintiff purports to be Defendant's Guaranty is not signed by Defendant but rather by James Pearson.

49. Denied.

50. Denied.

51. Denied.

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

## COUNT V – BREACH OF CONTRACT – SECURITY AGREEMENTS

57. Defendant realleges his answers to paragraphs 1-56 hereinabove.

58. Admitted that Defendant executed the Security Agreement. Denied that the Security Agreement remains enforceable.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

## COUNT VI– VIOLATION OF MODIFICATION

65. Defendant realleges his answers to paragraphs 1-54 hereinabove.

66. Admitted that Defendant executed the Modification. Denied that the Modification agreement remains enforceable.

67. Denied.

WHEREFORE, Defendant, L. Scott Rogers requests that Court award Plaintiff nothing and grant any relief that may be just and proper including an award of attorneys' fees and costs incurred by Defendant in defending this action pursuant to Section 57.105(7), Florida Statutes.

## AFFIRMATIVE DEFENSES PURSUANT TO FED. R. CIV. P. 8(C)

1. <u>Accord and Satisfaction</u>: Vi-TEL WIRELESS, LLC sold its assets in August 2013. The asset sale was approved by Plaintiff. As part of the asset sale, Plaintiff agreed to release Defendant from any further liabilities under the subject Note, Guaranty, Security Agreement, and Modification in exchange for Plaintiff's receipt of royalties/commissions paid by the acquiring entity. Plaintiff has accepted and retained the royalty/commission payments. Plaintiff's claims are barred as a result of the accord and satisfaction.

2. <u>Novation</u>: Vi-TEL WIRELESS, LLC sold its assets in August 2013. The asset sale was approved by Plaintiff. As part of the asset sale, Plaintiff agreed to release Defendant from any further liabilities under the subject Note, Guaranty, Security Agreement, and Modification in exchange for Plaintiff's receipt of royalties/commissions paid by the acquiring entity. Plaintiff has accepted and retained the royalty/commission payments. Plaintiff's claims are barred as a result of the novation.

3. <u>Conditions precedent</u>: Plaintiff has failed to satisfy all conditions precedent prior to bringing this lawsuit, including, *inter alia*, Plaintiff's failure to serve any demand for action upon Defendant prior to filing this lawsuit.

4. <u>Estoppel</u>: Defendant agreed to forego monies and other benefits due to Defendant as a result of the asset sale of Vi-TEL WIRELESS, LLC, in exchange for Plaintiff releasing Defendant from further liability under the subject Note, Guaranty, Security Agreement,

and Modification. As a result of Plaintiff's willful acceptance of these benefits, Plaintiff is now estopped from bringing the instant action.

5. <u>Offset</u>: In the event that Plaintiff is entitled to recover monies or other benefits from Defendant in this action, any such recovery must be offset by the amounts already received by Plaintiff.

6. <u>Failure to State of Cause of Action</u>: Plaintiff has failed to allege ultimate facts upon which relief can be granted.

7. <u>Duplicative remedies/modification:</u> The Modification expressly incorporates and modifies the terms of the subject Note; therefore, Plaintiff cannot prevail both on the subject Note <u>and</u> on the Modification.

/s/*Blake J. Fredrickson*
Blake J. Fredrickson
(bfredrickson@solomonlaw.com)
Florida Bar No. 91086
Stanford R. Solomon
(ssolomon@solomonlaw.com)
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, FL 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for L. Scott Rogers

## Certificate of Service

I certify that on March 16, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to Brian P. Kopp, bkopp@bhlaws.com; and to Eric W. Neilsen, eneilsen@bknmurraylaw.com.

/s/*Blake J. Fredrickson*
Blake J. Fredrickson
(bfredrickson@solomonlaw.com)
Florida Bar No. 91086
Stanford R. Solomon
(ssolomon@solomonlaw.com)
Florida Bar No. 302147
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard
Tampa, FL 33606-1606
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
Attorneys for L. Scott Rogers