## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**WILLIAMS HOLDING CORPORATION,**

      Plaintiff,

v.                            CASE NO. 8:15-CV-00180-JSM-TGW

**VI-TEL WIRELESS, LLC, JAMES
PEARSON, LARRY A. ROGERS,
and L. SCOTT ROGERS,**

      Defendants.

_____/

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff, WILLIAMS HOLDING CORPORATION, and Defendant, JAMES PEARSON, by and through their undersigned counsel, hereby notify the Court that the claims involving Williams Holding Corporation and James Pearson are settled. Accordingly, the undersigned expect to file a stipulation of partial dismissal within ten (10) days and Defendant, James Pearson, should not be required to file any further responses, motions, and/or pleadings. The claims by Plaintiff, Williams Holding Corporation, against all other Defendants shall continue to proceed.

      Respectfully submitted,

| | |
|---|---|
| **/s/ Brian Kopp** | **/s/ Eric W. Neilsen** |
| FBN: 0104093 | Eric W. Neilsen, Esquire |
| Betras, Kopp and Harshman, LLC | FBN: 476757 |
| 4830 W Kennedy Blvd, Ste 450 | **BKN Murray, LLP** |
| Tampa, FL 33609 | 100 2nd Avenue North, Suite 240 |
| Phone: (330) 746-8484 | St. Petersburg, FL 33701 |
| Email: bkopp@bhlaws.com | Phone: (727) 822-8696 |
| Attorney for Plaintiff, Williams Holding | Email: eneilsen@bknmurraylaw.com |
| Corporation | Counsel for Defendant, JAMES PEARSON |

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on <u>**February 4, 2016**</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following:   Brian P. Kopp, bkopp@bhlaws.com; Larry A. Rogers, lrogers220@aol.com; L. Scott Rogers, Scott@scott-rogers.com.

 /s/ Eric W. Neilsen _____

Eric W. Neilsen, Esquire

FBN:  476757

**BKN Murray, LLP**

100 2nd Avenue North, Suite 240

St. Petersburg, FL 33701

Phone: (727) 822-8696 / Fax: (727) 471-0616

Primary:     eneilsen@bknmurraylaw.com

Secondary:     maguiar@bknmurraylaw.com

Counsel for Defendant, Defendant, JAMES PEARSON

C:\Users\eneilsen\Documents\~ 1 Cases\Williams Holding v Vi-Tel, Pearson\Defs Third M-Enlargement Time Respond MSJ.doc